**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                   No. C 12-4861 SI (pr)

MITCH SMILEY,                            **JUDGMENT**

           Plaintiff.

_____ /

      This action is dismissed without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction.

      IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2012                        _____
                                                                           SUSAN ILLSTON
                                                                     United States District Judge